IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| GWENDOLYN WILLIAMS, Mother and Rightful Beneficiary of Insured, ANITA WILLIAMS HORNE, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) No.: 2:12-cv-2412 |
| STONEBRIDGE LIFE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

**COME NOW**, Plaintiff, Gwendolyn Williams, Mother and Rightful Beneficiary of Insured, Anita Williams Horne, and Defendant, Stonebridge Life Insurance Company, by and through counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and hereby stipulate and agree that the above-entitled action shall be voluntarily dismissed with prejudice.

.

Respectfully submitted,

/s/  David F. Kustoff
By:  DAVID F. KUSTOFF #15516
Attorney for Plaintiff
22 North Front Street, Suite 660
Memphis, TN 38103
Phone: (901) 527-0255
dkustoff@kustoffandstrickland.com

{02719980.DOC}

/s/  M. Andrew Pippenger
By: M. ANDREW PIPPENGER #018183
Attorney for Defendant
801 Broad Street, 3rd Floor
Pioneer Building
Chattanooga, TN 37402
Phone: (423) 265-0214
andy.pippenger@leitnerfirm.com

{02719980.DOC}