# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| GWENDOLYN WILLIAMS, Mother and Rightful Beneficiary of Insured, ANITA WILLIAMS HORNE,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>STONEBRIDGE LIFE INSURANCE COMPANY,  )<br><br>Defendant.  ) | Case No.: 2:12-cv-02412-JTF-cgc |

## ORDER OF JOINT STIPULATION OF DISMISSAL

Pursuant to the Stipulation of Dismissal with Prejudice filed in this matter, this Court is of the opinion that this matter should be dismissed with prejudice. It is therefore, ORDERED that this case is DISMISSED with prejudice, with each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED this 12th day of June, 2013.

BY THE COURT:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge