# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

|  |  |
|---|---|
| GWENDOLYN WILLIAMS, Mother and Rightful Beneficiary of Insured, ANITA WILLIAMS HORNE, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No.: 2:12-cv-02412-JTF-cgc |
| STONEBRIDGE LIFE INSURANCE COMPANY, ) ) ) | |
| Defendant. ) ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Joint Stipulation of Dismissal with Prejudice, filed on June 12, 2013, this matter is hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**APPROVED:**


*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge

| | |
|---|---|
| June 12, 2013 | s/Thomas M. Gould |
| Date | Clerk of Court |
| | |
| | s/ Erica M. Evans |
| | (By)  Law Clerk |